# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

COALITION FOR GREEN CAPITAL,

*Plaintiff*,

-against-

CITIBANK, N.A.; U.S. ENVIRONMENTAL PROTECTION
AGENCY; LEE ZELDIN, in his official capacity as
ADMINISTRATOR, U.S. ENVIRONMENTAL
PROTECTION AGENCY; *and* W.C. MCINTOSH, in his
official capacity as ACTING DEPUTY
ADMINISTRATOR, U.S. ENVIRONMENTAL
PROTECTION AGENCY,

*Defendants*.

Case No. 25-cv-00735-TSC

## COALITION FOR GREEN CAPITAL'S
## MOTION FOR TEMPORARY RESTRAINING ORDER

Pursuant to Fed. R. Civ. P. 65 and LCvR 65.1(a), Plaintiff Coalition for Green Capital
("CGC") hereby moves for a temporary restraining order enjoining the U.S. Environmental
Protection Agency (EPA) from ordering, and Citibank, N.A. ("Citi") from carrying out, any action
to claw back funds in the Accounts of CGC and its Subgrantees.

As set forth in more detail in the accompanying memorandum of law, CGC has a strong
likelihood of success on the merits of its claims that the EPA's actions in terminating CGC's grant
are arbitrary and capricious, an abuse of discretion, or otherwise not in accordance with law under
the Administrative Procedure Act, and that EPA's actions violate CGC's right to due process. CGC
also has a strong likelihood of success on its claims against Citi for breach of contract. Because,
*inter alia*, Defendants have refused to agree to a consent order maintaining the funds at Citi until
such time as CGC's forthcoming motion for a preliminary injunction may be heard and determined,
and the Court may be powerless to restore the *status quo ante* and grant complete relief if the funds

are withdrawn from CGC and its Subgrantees' accounts at Citi and re-allocated by the EPA, CGC and its Subgrantees face imminent irreparable injury if the funds are not restrained.  That injury outweighs any benefit gained by Defendants, as the public interest would be best served by requiring Citi and EPA to comply with the Account Control Agreements and applicable law.

Pursuant to Local Civil Rule 65.1(a), contemporaneously with filing this Motion for Temporary Restraining Order, counsel for CGC emailed Defendants or their representatives the motion and accompanying brief, declaration, exhibits, and proposed order at the following email addresses:

**K. Winn Allen**, Counsel for Citibank
Winn.Allen@kirkland.com

**Saunders McElroy**, Counsel for Citibank
Saunders.McElroy@kirkland.com

**Marcus S. Sacks**, Counsel for EPA Defendants
Marcus.S.Sacks@usdoj.gov

**Kevin P. VanLandingham**, Counsel for EPA Defendants
Kevin.P.VanLandingham@usdoj.gov

Counsel further notes that Messrs. Sacks and VanLandingham have entered Notices of Appearance in this action and will also receive the above-referenced documents via CM/ECF.  In addition, Counsel for CGC has submitted via Overnight Mail copies of the Motion for Temporary Restraining Order and accompanying brief, declaration, exhibits, and proposed order to the following entities contemporaneously with completing this electronic filing:

**ATTORNEY GENERAL OF THE UNITED STATES**
Pamela Bondi
U.S. Department of Justice
950 Pennsylvania Avenue, N.W.
Washington, D.C. 20530

**UNITED STATES ATTORNEY FOR THE DISTRICT OF COLUMBIA**
Edward R. Martin Jr.
c/o Civil Process Clerk
601 D. Street, N.W.
Washington, D.C. 20201


DATED:    March 14, 2025
          New York, New York

HOLWELL SHUSTER & GOLDBERG LLP


By:    /s/ Vincent Levy
Vincent Levy (NY0487)
Kevin D. Benish (NY0495)
Daniel Fahrenthold (NY0603)
Patrick J. Woods (*Admission Application Forthcoming*)
425 Lexington Avenue, 14th Floor
New York, NY 10017
(646) 837-5151
vlevy@hsgllp.com

*Attorneys for Plaintiff*