# EXHIBIT E

| | |
|---|---|
| **From:** | Allen, Winn <winn.allen@kirkland.com> |
| **Sent:** | Thursday, March 13, 2025 7:15 PM |
| **To:** | VanLandingham, Kevin P. (CIV); Vincent Levy; Sacks, Marcus S. (CIV) |
| **Cc:** | Kevin D. Benish; McElroy, Saunders |
| **Subject:** | RE: CGC v Citi and EPA |

Vince:

Here are Citibank's responses to the questions you asked:

1. We don't want to unduly complicate service issues, but it's important to Citibank that its response date be the same as that for the Government.  Under Rule 12, the United States is permitted 60 days to respond.  We would like that same time period.  We will agree to sign a service waiver, which would give us 60 days.  In the event CGC proceeds with formal service, I do expect we would ask for an extension to make our response date align with the Government's.

2. Citibank takes no position and defers to the Government.

3. Citibank takes no position and defers to the Government.

4. Citibank defers to, and will take direction from, the Government with respect to this request.

Best,

Winn

**K. Winn Allen, P.C.**

**KIRKLAND & ELLIS LLP**
1301 Pennsylvania Ave., N.W., Washington, D.C. 20004
T +1 202 389 5078   M +1 770 361 3348

winn.allen@kirkland.com

---

**From:** VanLandingham, Kevin P. (CIV) <Kevin.P.VanLandingham@usdoj.gov>
**Sent:** Thursday, March 13, 2025 6:00 PM
**To:** Vincent Levy <vlevy@hsgllp.com>; Sacks, Marcus S. (CIV) <Marcus.S.Sacks@usdoj.gov>; Allen, Winn <winn.allen@kirkland.com>
**Cc:** Kevin D. Benish <KBenish@hsgllp.com>
**Subject:** RE: CGC v Citi and EPA

Vince, thank you again for the notice. To respond to each of your questions in turn—

1) Unfortunately, service on the government cannot be waived. I'd instead refer you to the requirements specified in Federal Rule 4(i).

2) The exhibits we filed in the *Climate United* were not intended to constitute an APA record. As we argued yesterday, we do not believe the court has jurisdiction to consider termination under the APA. If the case

1

nevertheless proceeds as an APA case, we may assemble a record but cannot commit to doing so by tomorrow. The local rules give us 30 days after the answer deadline to file an administrative record. We may be willing to serve the record on an earlier, agreed-upon schedule, but cannot commit to a timeline at this early stage in the case.

3) I do not yet know what EPA's response to the court on Monday will include, and whether it will include grantee specific information. We will agree to share whatever we file on Monday, though of course you should also be able to pull that from the docket.

4) We are not in a position to agree to your requests for stipulation at this time. Once we receive the Judge's guidance in her anticipated order on Climate United's TRO motion, we may then be in better position to have a productive conversation about your requests.

Kevin P. VanLandingham
Assistant Director
Corporate/Financial Litigation
Commercial Litigation Branch
U.S. Department of Justice, Civil Division
T: 202-307-1134
C: 202-353-5479

---

**From:** Vincent Levy <vlevy@hsgllp.com>
**Sent:** Thursday, March 13, 2025 2:00 PM
**To:** Sacks, Marcus S. (CIV) <Marcus.S.Sacks@usdoj.gov>; VanLandingham, Kevin P. (CIV) <Kevin.P.VanLandingham@usdoj.gov>; Allen, Winn <winn.allen@kirkland.com>
**Cc:** Kevin D. Benish <KBenish@hsgllp.com>
**Subject:** [EXTERNAL] CGC v Citi and EPA

Gentlemen –

As discussed yesterday, we have filed a lawsuit on behalf of Coalition for Green Capital ("CGC") against Citi and EPA in DDC, Case No. 25-cv-735. Our case has been assigned to Judge Chutkan as related to *Climate United*, and I wanted to reach out with a few questions in the hopes of streamlining matters.

1. Will you accept service of the complaint?

2. I assume the administrative record in *Climate United* was the set of exhibits that EPA submitted with its TRO opposition. Could the government confirm that it will provide a copy of the administrative record for *CGC* regarding the "Notice of Termination" issued to CGC on March 11, 2025. We request that the government provide the administrative record for CGC's notice by tomorrow (Friday, March 14) 5pm EST.

3. Without admitting the relevance of any additional facts, we request that the government provide us, with regard to CGC, the equivalent of what it provides to Climate United under the Court's order of yesterday? We ask that these materials please be provided to us by 5pm EST on Monday, March 17 (i.e., the same timeline as in the *Climate United* case).

4. Will you stipulate to a consent order barring any funds moving from any of the accounts of CGC and its Subgrantees to any account other than to those of the respective pledgors under the relevant ACAs? We ask for a response on this point by 6pm ET today. If you will not agree to this,

2

will you agree that, to the extent Judge Chutkan imposes such or similar restrictions with regard to the accounts in *Climate United* by way of preliminary relief, you will stipulate to such restrictions applying to the accounts of CGC and its Subgrantees.

We would appreciate Citi's position as to items 1 and 4.

Thank you,
Vince

Vincent Levy
HOLWELL SHUSTER & GOLDBERG LLP
Office: (646) 837-5120 | Bio
425 Lexington Ave | New York, New York 10017 | hsgllp.com

CONFIDENTIALITY WARNING: This email may contain privileged or confidential information and is for the sole use of the intended recipient(s). Any unauthorized use or disclosure of this communication is prohibited. If you believe that you have received this email in error, please notify the sender immediately and delete it from your system.

The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of the multi-national law firm Kirkland & Ellis LLP and/or its affiliated entities. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return email or by email to postmaster@kirkland.com, and destroy this communication and all copies thereof, including all attachments.