## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **CLIMATE UNITED FUND**<br><br>   Plaintiff,<br><br> v.<br><br>**CITIBANK, N.A.**, *et al.*<br><br>   Defendants. | Civil Action No. 25-cv-698 |
| **COALITION FOR GREEN CAPITAL**<br><br>   Plaintiff,<br><br> v.<br><br>**CITIBANK, N.A.**, *et al.*<br><br>   Defendants. | Civil Action No. 25-cv-735 |
| **POWER FORWARD COMMUNITIES, INC.**<br><br>   Plaintiff,<br><br> v.<br><br>**CITIBANK, N.A.**, *et al.*<br><br>   Defendants. | Civil Action No. 25-cv-762 |

## **ORDER**

For the reasons set forth in the accompanying Memorandum Opinion, ECF No. 15, Plaintiff's Motion for Temporary Restraining Order is GRANTED in part and DENIED in part. It is further

**ORDERED** that EPA Defendants and Citibank are enjoined from giving effect to EPA Defendants' Termination Letter, pending a determination on the merits; it is further

**ORDERED** that EPA Defendants are enjoined from transmitting or taking action to implement the termination of Plaintiffs' grants, including taking action that results in the transfer, re-obligation, or re-allocation of the grant funds in Plaintiffs' Citibank accounts, or issuing a Notice of Exclusive Control under its agreements; it is further

**ORDERED** that Defendant Citibank is enjoined from moving or transferring Plaintiffs' grant funds to any party other than the accountholders, absent an Order from this court; it is further

**ORDERED** that Defendant Citibank shall file a status report by **Monday, March 24, 2025**, apprising the court of the status of its compliance with this Order; and it is further

**ORDERED** that the parties shall meet and confer regarding further proceedings, including any proposed briefing schedule, and file a joint status report with the parties' positions by **Wednesday, March 19, 2025, at 2 PM EST.**

Date: March 18, 2025

*Tanya S. Chutkan*
TANYA S. CHUTKAN
United States District Judge