UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
Attorney: Holwell Shuster & Goldberg LLP
Address: 425 Lexington Avenue, 14th Floor New York, NY 10017

Job #: 1496159

COALITION FOR GREEN CAPITAL,

vs

CITIBANK, N.A., et al.,

Plaintiff

Defendant

Case No.: 1:25-cv-00735-TSC
Client's File No.:
Court Date:
Court Time:

Date Filed: 03/12/2025

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK, COUNTY OF NASSAU, SS.:

**Baldeo C. Drepaul**, being sworn says:

Deponent is not a party herein; is over the age of 18 years and resides in the State of New York.

On **3/14/2025**, at **10:37 AM** at: **28 LIBERTY STREET, 42ND FLOOR, NEW YORK, NY 10005** Deponent served the within **Summons in a Civil Action, Complaint for Declaratory and Injunctive Relief with Exhibits, Disclosure Statement Pursuant to Fed. R. Civ. P. 7.1 and L.R. 26.1 and Civil Cover Sheet**

On: **CITIBANK, N.A. C/O CT CORPORATION SYSTEM**, therein named.

☒ **#1 Corporation or Partnership or Trust or LLC or Agency or P.C. or Banking Institution or Insurance Company/ Agency**
By delivering thereat a true copy of each to Joseph McCabe personally. Deponent knew said entity to be the corporation/partnership /trust /LLC/ agency/ P.C. /banking institution / insurance company/ agency described in said aforementioned document as said defendant and knew said individual to be Intake Specialist thereof, authorized to accept on behalf.

☒ **#2 PERCEIVED DESCRIPTION**
Gender: Male    Race: White    Color of hair: Blonde    Glasses: Yes
Age: 26-35    Height: 5ft 4inch - 5ft 8inch    Weight: 161-200 Lbs.    Other Features:

☐ **#3 WITNESS FEES**
Subpoena Fee Tendered in the amount of $.

☒ **#4 OTHER**
Served via Hand Delivery, Job No. 608175.

Sworn to before me on 03/17/2025

LATCHME DEVI DREPAUL
Notary Public, State of New York
Registration No. 01DR6332029
Qualified in Queens County
Certificate filed in New York County
Commission Expires 10/26/2027

Baldeo C. Drepaul
License# 2093579-DCA

COURT SUPPORT, INC., 265 POST AVE #150, WESTBURY, NY 11590 LICENSE #1382542-DCA

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
Attorney: Holwell Shuster & Goldberg LLP
Address: 425 Lexington Avenue, 14th Floor New York, NY 10017

Job #: 1496100

COALITION FOR GREEN CAPITAL,

vs

CITIBANK, N.A., et al.,

Plaintiff

Defendant

Case No.: 1:25-cv-00735-TSC
Client's File No.:
Court Date:
Court Time:

Date Filed: 03/12/2025

# AFFIDAVIT OF SERVICE

STATE OF NEW YORK, COUNTY OF NASSAU, SS.:

**Baldeo C. Drepaul**, being sworn says:

Deponent is not a party herein; is over the age of 18 years and resides in the State of New York.

On **3/17/2025**, at **10:39 AM** at: **388 GREENWICH STREET, NEW YORK, NY 10013** Deponent served the within **Summons in a Civil Action, Complaint for Declaratory and Injunctive Relief with Exhibits, Disclosure Statement Pursuant to Fed. R. Civ. P. 7.1 and L.R. 26.1 and Civil Cover Sheet**

On: **CITIBANK, N.A.**, therein named.

☒ **#1 Corporation or Partnership or Trust or LLC or Agency or P.C. or Banking Institution or Insurance Company/ Agency**
By delivering thereat a true copy of each to Lorez M. Gill, JD personally. Deponent knew said entity to be the corporation/partnership /trust /LLC/ agency/ P.C. /banking institution / insurance company/ agency described in said aforementioned document as said defendant and knew said individual to be Vice President thereof, authorized to accept on behalf.

☒ **#2 PERCEIVED DESCRIPTION**
Gender: Female   Race: Black   Color of hair: Black   Glasses: No
Age: 36-50   Height: 5ft 9inch - 6ft 0inch   Weight: 161-200 Lbs.   Other Features:

☐ **#3 WITNESS FEES**
Subpoena Fee Tendered in the amount of $.

☒ **#4 OTHER**
I attempted service on 03/14/25 @ 11:08 a.m. As per the building messenger clerk, I was advised that the legal department is closed for the day. I was told to try back on 3/17/25.

Sworn to before me on 03/18/2025

LATCHME DEVI DREPAUL
Notary Public, State of New York
Registration No. 01DR6332029
Qualified in Queens County
Certificate filed in New York County
Commission Expires 10/26/2027

Baldeo C. Drepaul
License# 2093579-DCA

Court Support, Inc., 265 Post Ave #150, Westbury, NY 11590 License #1382542-DCA