HOLWELL SHUSTER & GOLDBERG LLP 425 LEXINGTON AVENUE, 14TH FLOOR NEW YORK, NY 10017

## AFFIDAVIT OF SERVICE

Client's File No.:
Case No.: 1:25-cv-00735-TSC
Date Filed: March 12, 2025
Court Date:

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

COALITION FOR GREEN CAPITAL,

Plaintiff

vs

CITIBANK, N.A., et al.,

Defendant



STATE OF MARYLAND COUNTY OF FREDERICK SS.:

The undersigned being duly sworn deposes and says: that deponent is not a party to this action, is over 18 years of age and resides in the State of Maryland

That on the following date: March 14, 2025, at the following time: 12:03 PM,
at 601 D STREET NW, WASHINGTON, DC 20530 deponent served the within Summons in a Civil Action, Complaint for Declaratory and Injunctive Relief with Exhibits, Disclosure Statement Pursuant to Fed. R. Civ. P. 7.1 and L.R. 26.1 and Civil Cover Sheet

[X] Papers so served were properly endorsed with the Case No. and date of filing.

Upon: EDWARD R. MARTIN, JR., U.S. ATTORNEY C/O CIVIL PROCESS CLERK, U.S. ATTORNEY'S OFFICE FOR D.C.

[ ] **Individual** By delivering a true copy thereof to said recipient personally; deponent knew the person so served to be the individual described therein.

[X] **Responsible Person** By delivering to and leaving with Alicia Dupree, Paralegal Specialist (Relationship)
a true copy thereof, a person of suitable age and discretion. Said premises being the defendant / respondent's
[ ] dwelling place   [X] place of business/employment   [ ] last known address within the State.   [ ] usual place of abode

[ ] **Corporation LLC / LLP** By delivering to and leaving with _____ said individual to be _____
who specifically stated he/she was authorized to accept service on behalf of the Corporation/Government Agency/Entity.

[ ] **Affixing To Door** By affixing a true copy thereof to the door, being the defendant/respondent's [ ] dwelling place [ ] place of business/employment
[ ] last known address within the State.  [ ] usual place of abode

[ ] **Previous Attempts** Deponent previously attempted to serve the above named defendant/respondent on:

**Perceived Description of Recipient** Gender: Female  Race: Black  Color of hair: Black  Age: 30 - 40 Yrs.  Height: 5ft 4inch - 5ft 8inch
Weight: Over 200 Lbs.  Other Features:

[ ] **Mail** A copy thereof was deposited in a postpaid, properly addressed envelope, marked "Personal and Confidential" in a depository maintained by the U.S.P.S. and mailed First Class mail to the above address _____ on

[ ] **WITNESS FEES** Subpoena Fee Tendered in the amount of $.

[X] **MILITARY SERVICE** I asked the person spoken to whether defendant was in active military service of the United States in any capacity whatever and received a negative reply. The source of my information and the grounds of my belief are the conversations and observations above narrated.

[ ] **Other**

LORALEI ALONZO
Notary Public - State of Maryland
Frederick County
My Commission Expires Mar 21, 2027

Sworn to before me on 3/19/25

PROCESS SERVER - PRINT NAME BELOW SIGNATURE
Nikolas Alvarez
PROCESS SERVER LICENSE #

COURT SUPPORT, INC., 265 POST AVE #150, WESTBURY, NY 11590 LICENSE #1382542-DCA    Work Order # 1496260